B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re: Ignacio De La Cruz, Juana Montoya, Debtor(s)

Case No.

Chapter: 7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 306.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 76.50  Check one   ☐ With the filing of the petition, or
                         ■ On or before   8/16/13

   $ 76.50  on or before   9/13/13

   $ 76.50  on or before   10/14/13

   $ 76.50  on or before   11/15/13

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date: July 18, 2013

Signature: /s/ Ignacio De La Cruz
Ignacio De La Cruz
Debtor

/s/ Thomas G. Stahulak
Attorney for Debtor(s)
Thomas G. Stahulak 6288620
Stahulak & Associates
53 W. Jackson Blvd., Suite 652
Chicago, IL 60604
(312) 662-1480
Fax: (312) 268-7328
ecf@stahulakandassociates.com

Signature: /s/ Juana Montoya
Juana Montoya
Joint Debtor

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
### Northern District of Illinois

In re  Ignacio De La Cruz  
Juana Montoya  
Debtor(s)

Case No.  
Chapter    7

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one   ☐ With the filing of the petition, or  
☐ On or before _____

$ _____   on or before _____

$ _____   on or before _____

$ _____   on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____

*United States Bankruptcy Judge*